## 42589.  DAVIS HOUSE, INC. v. MINK.

QUILLIAN, Judge.  Appeal was taken from the overruling of a general demurrer to the petition. Subsequent to the case being docketed in this court, appellee, plaintiff below, filed a material amendment to her petition. Appellee then filed her written motion to dismiss the appeal, attaching thereto a certified copy of the amendment and of the order allowing the same filed. *Held:*

The trial judge having jurisdiction to allow the amendment (*Westbrook v. Nationwide Ins. Co.,* 113 Ga. App. 299, 300 (147 SE2d 819); *Ware v. Martin,* 208 Ga. 330 (3) (66 SE2d 737)), the ruling enumerated as error, not going to the petition as amended, has become moot, and a reversal would be

of no benefit to the appellant. *Gillon v. Johns*, 105 Ga. App. 599, 600 (125 SE2d 70); *Studdard v. Evans*, 108 Ga. App. 819, 821 (135 SE2d 60).

Since the question raised became moot as a result of the appellee's action after the case was docketed in this court, the appeal is dismissed with costs of appeal assessed against the appellee. *Gillon v. Johns*, 105 Ga. App. 599, 600, supra; *Baird v. City of Atlanta*, 131 Ga. 451 (2) (62 SE 525).

*Appeal dismissed. Frankum, P. J., and Deen, J., concur.*

ARGUED FEBRUARY 8, 1967—DECIDED FEBRUARY 17, 1967.

*Smith, Cohen, Ringel, Kohler, Martin & Lowe, Scott Charlton,* for appellant.

*Schell & Flowers, Ed B. Flowers,* for appellee.